UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY MAE JOHNSON,

        Plaintiff,

vs.
        Case No. 08-CV-14363
        HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION (# 15) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (# 14), DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (# 11), AND DISMISSING PLAINTIFF'S CLAIM

This matter is before the court on the parties' cross-motions for summary judgment as to plaintiff Nancy Mae Johnson's claim for judicial review of defendant Commissioner of Social Security's denial of her application for disability insurance benefits premised on psychological limitations, diabetes, high blood pressure, vision problems, carpal tunnel syndrome, and feet pain. The matter was referred to Magistrate Michael Hluchaniuk, who issued a twenty-nine-page Report and Recommendation on January 15, 2010, recommending that defendant Commissioner's motion be granted, that Johnson's motion be denied, and that Johnson's claims be dismissed on concluding there is substantial evidence in the record to support the denial of benefits. Johnson has not filed objections to the Report and Recommendation, and has thus waived further judicial review.. See 28 U.S.C. § 636(b)(1); Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Sec'y of Health and

Human Servs., 932 F.2d 505 (6th Cir. 1981). The court has reviewed the Report and Recommendation, and in the absence of timely objection,

The court hereby adopts Magistrate Judge Hluchaniuk's January 15, 2010 Report and Recommendation. Plaintiff Johnson's motion for summary judgment is hereby DENIED. Defendant Commissioner of Social Security's motion for summary judgment is hereby GRANTED. Plaintiff Johnson's claim is hereby DISMISSED.

SO ORDERED.

Dated: February 8, 2010

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 8, 2010, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk